**DENY and Opinion Filed January 10, 2022**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00617-CV

### IN RE ANDREW WILKERSON, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-21377**

## MEMORANDUM OPINION
Before Justices Molberg, Reichek, and Smith
Opinion by Justice Smith

In this original proceeding, relator challenges the trial court's contempt order in the underlying suit affecting the parent-child relationship. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition and the record, we conclude that relator has failed to show his entitlement to the relief requested. *See* TEX. R. APP. P. 52.8(a).

Accordingly, we deny the petition for writ of mandamus.

/Craig Smith/
CRAIG SMITH
JUSTICE

210617F.P05